# U.S. BANKRUPTCY COURT
## District of South Carolina

Case Number: 11-06700-dd

Chapter: 7

## ORDER MODIFYING STAY

The relief set forth on the following pages, for a total of 2 pages including this page, is hereby **ORDERED.**

_____

**FILED BY THE COURT**
**11/29/2011**



Entered: 11/30/2011

David R. Duncan
US Bankruptcy Judge
District of South Carolina

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO: 11-06700-dd |
| | ) | CHAPTER: 7 |
| David Wayne Mason | ) | |
| | ) | |
| | ) | ORDER MODIFYING STAY |
| Debtor(s) | ) | |
| | ) | |
| _____ | ) | |

      This matter came before the Court on motion of Select Portfolio as servicer for US Bank, NA, as trustee, on behalf of the holders of the Adjustable Rate Mortgage Trust 2007-1 for relief from the 11 U.S.C. § 362 automatic stay.

      This Court finds that no responsive pleadings were filed and the parties named herein are in default.

      NOW, THEREFORE IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the motion to modify the 11 U.S.C. § 362 automatic stay filed by Select Portfolio as servicer for US Bank, NA, as trustee, on behalf of the holders of the Adjustable Rate Mortgage Trust 2007-1 is granted and the provisions of 11 U.S.C. § 362 stay staying all action against the Debtor(s) or their property be, and hereby are, modified to the extent necessary to allow Movant to foreclose the mortgage on the property located at 100 White Birch Court, Lexington, SC 29073, Lexington County, provided, however, any funds realized by the foreclosure sale in excess of Movant's judgment shall be turned over to the Trustee. Movant also agrees to waive any claim that may arise under 11 U.S.C. 503(b) or 507(b) as a result of any order lifting the bankruptcy stay.